# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Curtis L. Maxwell, Jr.<br>      <u>Debtor(s)</u> | CHAPTER 13<br><br>BKY. NO. 16-21958 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Deutsche Bank National Trust Company, as Trustee for MORGAN STANLEY STRUCTURED TRUST I 2007-1 ASSET-BACKED CERTIFICATES, SERIES 2007-1, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 1707

                                            Respectfully submitted,

                                              **/s/ James C. Warmbrodt, Esquire**
                                              James C. Warmbrodt, Esquire
                                              jwarmbrodt@kmllawgroup.com
                                              Attorney I.D. No. 42524
                                              KML Law Group, P.C.
                                              701 Market Street, Suite 5000
                                              Philadelphia, PA 19106
                                              Phone: 215-825-6306
                                              Fax: 215-825-6406
                                              Attorney for Movant/Applicant