**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | ) | Bankruptcy No. ___16-21958-CMB___-CMB |
| | ) | |
| Curtis L. Maxwell, Jr. . | ) | Chapter _13_ |
| | ) | |
| | ) | Related Doc. No._34_ |
| **Debtor.** | ) | |
| | ) | |
| | ) | |
| Curtis L. Maxwell, Jr. | ) | |
| | ) | |
| | ) | |
| **Movant,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| Nationstar Mortgage, LLC . | ) | |
| | ) | |
| **Respondent.** | ) | |

**ORDER REGARDING COMPLIANCE WITH LOSS MITIGATION PROGRAM**

An Order authorizing Loss Mitigation was entered on ___August 10, 2016___ (the "LPM Order") wherein the Debtor was authorized to enter into the Court's Loss Mitigation Program ("LMP"). The LMP Order provides that the LMP time period is ninety (90) days from the entry of the LMP Order unless extended and that, upon expiration of the LMP time period, the Debtor "shall submit an LMP Final Report" within seven (7) days thereafter.

The record reflects that the LMP time period has expired. Absent extraordinary circumstances, more than sufficient time has elapsed for the Debtor and Respondent to negotiate a consensual loss mitigation settlement and/or mortgage modification.

Accordingly, it is hereby **ORDERED, ADJUGED, and DECREED** that:

1. The Debtor shall file a Status Report summarizing the history and current situation regarding the LMP, including the extraordinary circumstances causing the failure to negotiate a consensual loss mitigation settlement and/or mortgage modification, within fifteen (15) days from the date of this Order; or

2. If the LMP has expired or if a consensual resolution has occurred, file a Final Report with respect to the LMP within fifteen (15) days from the date of this Order.

3. Failure to comply with the terms of this Order may result in the imposition of sanctions. While the Court does not desire to impose sanctions, the Court does desire open LMP matters to progress to completion. If a party to the LMP has not been cooperating or proceeding in good faith, the Court expects the counter-party to bring the matter to the attention of the Court for resolution.

Date: January 20, 2016

Carlota M. Böhm
United States Bankruptcy Judge

kmt

FILED
1/20/17 2:39 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                    Case No. 16-21958-CMB
Curtis L. Maxwell, Jr.                                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: kthe          Page 1 of 1          Date Rcvd: Jan 20, 2017
                             Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 22, 2017.
db          +Curtis L. Maxwell, Jr.,   2449 Glenarm Avenue,   Pittsburgh, PA 15226-1636

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2017                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 20, 2017 at the address(es) listed below:
            James  Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
            MORGAN STANLEY STRUCTURED TRUST I 2007-1 ASSET-BACKED CERTIFICATES, SERIES 2007-1
            bkgroup@kmllawgroup.com
            Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
            cnoroski@grblaw.com
            Jeffrey R. Hunt    on behalf of Creditor    City and School District of Pittsburgh jhunt@grblaw.com,
            cnoroski@grblaw.com
            Joshua I. Goldman    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
            MORGAN STANLEY STRUCTURED TRUST I 2007-1 ASSET-BACKED CERTIFICATES, SERIES 2007-1
            bkgroup@kmllawgroup.com
            Michael S. Geisler    on behalf of Debtor Curtis L. Maxwell, Jr. m.s.geisler@att.net,
            msgeis@yahoo.com;michaelgeisler13@gmail.com
            Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
            Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
            S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
            Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                     TOTAL: 8