# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 16-21958-CMB |
| Curtis L. Maxwell, Jr. | Chapter 13 |
| Debtor(s). | Related Doc. No. 46 |
| Curtis L. Maxwell, Jr. | |
| Movant(s), | |
| v. | |
| Nationstar Mortgage, LLC | |
| Respondent. | |

## ORDER TO SHOW CAUSE

An Order authorizing Loss Mitigation was entered on August 10, 2016 (the "LMP Order") wherein the Debtor was authorized to enter into the Court's Loss Mitigation Program ("LMP"). The LMP Order provides the Debtor shall file a Status Report on the LMP process within sixty (60) days of the LMP Order. The LMP Order further provides that the LMP time period is ninety (90) days from the entry of the LMP Order unless extended and that, upon expiration of the LMP time period, the Debtor "shall submit an LMP Final Report" within seven (7) days thereafter. The record reflects that the LMP Order was entered in excess of two hundred and ten (210) days ago and no Status Report or Final Report has been filed.

An Order Regarding Compliance with the LMP Order (the "LMP Compliance Order") was entered directing the Debtor(s) to file a Status Report or Final Report within fifteen (15) days. At least fifteen (15) days have passed since entry of the LMP Compliance Order and the Debtor(s) have still failed to file the requisite Status Report or Final Report as directed.

Accordingly, it is hereby **ORDERED, ADJUGED, and DECREED** that:

1. An Order to Show Cause is issued against the Debtor(s) and Counsel to the Debtor(s).

2. Counsel for the Debtor(s) is directed to personally appear at a hearing scheduled on April 12, 2017, at 11:00 AM, in Courtroom B, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania to show cause as to why sanctions should not be imposed pursuant to this Court's inherent authority arising from 11 U.S.C. §105(a) and W.PA.LBR 9020-1 et. seq. for failure to comply with Orders issued by this Court. The sanctions that may be imposed include a monetary fine and possible other sanctions, for failure to comply with the LMP Order, the LMP Compliance Order, and the Local Rules.

Date: March 10, 2017

Carlota M. Böhm
United States Bankruptcy Judge

kmt

FILED
3/10/17 2:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Curtis L. Maxwell, Jr.
    Debtor

Case No. 16-21958-CMB
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: kthe    Page 1 of 1    Date Rcvd: Mar 10, 2017
                 Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2017.
db         +Curtis L. Maxwell, Jr.,    2449 Glenarm Avenue,    Pittsburgh, PA 15226-1636

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2017                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2017 at the address(es) listed below:
         James Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for MORGAN STANLEY STRUCTURED TRUST I 2007-1 ASSET-BACKED CERTIFICATES, SERIES 2007-1 bkgroup@kmllawgroup.com
         Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com, cnoroski@grblaw.com
         Jeffrey R. Hunt    on behalf of Creditor    City and School District of Pittsburgh jhunt@grblaw.com, cnoroski@grblaw.com
         Joshua I. Goldman    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for MORGAN STANLEY STRUCTURED TRUST I 2007-1 ASSET-BACKED CERTIFICATES, SERIES 2007-1 bkgroup@kmllawgroup.com
         Michael S. Geisler    on behalf of Debtor Curtis L. Maxwell, Jr. m.s.geisler@att.net, msgeis@yahoo.com;michaelgeisler13@gmail.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                                            TOTAL: 8